# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2209
_____

D.S., Mother of N.A.H., D.S.,
J.T.L.R., D.F.J., Jr., J.L.B., III,
K.K.B., Minor Children,

     Appellant,

     v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Randall Todd Harris, Judge.

January 25, 2024

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, ROBERTS, and ROWE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jason A. Cobb of DeFuniak Springs, Florida, for Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee, for Appellee Department of Children and Families.

Sara E. Goldfarb, Statewide Director of Appeals, Tallahassee, and Claudia Gesiotto, Pro Bono Attorney, Statewide Guardian ad Litem Office, Orlando, o/b/o N.A.H., D.S., J.T.L.R., D.F.J., Jr., J.L.B., III, and K.K.B.